**FILED**
February 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **STRIVE SPECIALTIES, INC.** | § § § | |
| v. | § § | **CIVIL NO. SA-26-CV-00155-OLG** |
| **ELI LILLY & COMPANY et al.** | § § § | |

## ORDER TRANSFERRING CASE

It is hereby **ORDERED** that this civil case assigned to the docket of the Honorable U.S. District Judge Orlando L. Garcia is hereby **TRANSFERRED** to the docket of the Honorable Senior U.S. District Judge Micaela Alvarez.

All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 9th day of February, 2026.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE